# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KURT SINGLETON, <br><br> Plaintiff, <br><br> v. <br><br> INTELLISIST, INC., d/b/a Spoken Communications, <br><br> Defendants. | Case No. C17-1712RSL <br><br> ORDER DENYING MOTION TO SEAL |

On November 13, 2017, the parties filed a "Stipulated Motion to File Complaint and Exhibits Under Seal." Dkt. # 3. Pursuant to the procedure set forth in LCR 5(g), plaintiff filed the motion to seal only because the contracts between the parties designated certain information confidential. Plaintiff does not argue that the information is confidential or that a seal is appropriate.

"There is a strong presumption of public access to the court's files." LCR 5(g). In order to override the common law right to inspect and copy public documents, "a party seeking to seal judicial records must show that compelling reasons supported by specific factual findings outweigh the general history of access and the public policies favoring disclosure." Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010) (internal quotation marks and alterations omitted). The existence of a contractual confidentiality provision does not, in and of itself, justify a seal, and defendant has made no effort to support its contention that sections of the complaint and exhibits should be redacted and kept confidential.

ORDER DENYING MOTION TO SEAL

For all of the foregoing reasons, the "stipulated" motion to file the complaint and exhibits under seal is DENIED. The Clerk of Court is directed to unseal Dkt. # 6.

Dated this 6th day of December, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge