UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT SINGLETON,

          Plaintiff,

    v.

INTELLISIST, INC., d/b/a Spoken Communications,

          Defendants.

Case No. C17-1712RSL

ORDER DENYING MOTION FOR RECONSIDERATION

This matter comes before the Court on "Defendant's Motion for Reconsideration of the Court Order Denying Defendant's Motion to Dismiss Wrongful Discharge Claim." Dkt. # 33. On May 8, 2018, the Court declined to dismiss plaintiff's wrongful discharge claim to the extent it is based on allegations that plaintiff was terminated from his employment because he internally reported that defendant's practice of listening to call recordings violated the Payment Card Industry Data Security Standards. Defendant has not shown that this decision constitutes manifest error as required under LCR 7(h)(1). The motion for reconsideration is DENIED.

Dated this 19th day of June, 2018.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION