**ROBERT S. LASNIK**
DISTRICT JUDGE                                                                                              (206) 370-8810

July 27, 2018

| | |
|---|---|
| Benjamin J. Stone | Tera Rica Murdock |
| Lewis Brisbois Bisgaard & Smith LLP | Waller Lansden Dortch & Davis LLP |
| 111 Third Avenue, Suite 2700 | 611 Union Street, Suite 2700 |
| Seattle, WA 98101 | Nashville, TN 37219 |

**Delivered Via CM/ECF**

    RE:    <u>Singleton v. Intellisist, Inc.</u>, C17-1712RSL
               Stipulated Protective Order

Dear Counsel:

On July 24, 2018, the Court received your proposed "Stipulated Protective Order." Dkt. # 44.

Pursuant to Fed. R. Civ. P. 26(c), protective orders may be entered to protect parties from annoyance, embarrassment, or undue burden or to protect confidential commercial information. Such protective orders may issue upon a showing of good cause.

The agreed protective order submitted in this case is unacceptable because the method for filing sealed documents described in paragraph 4.3 of the proposed order is not specific and/or varies from that provided in the local rules of this district. Local Civil Rule 5(g) sets for the procedures that must be followed when filing documents under seal and affords the party claiming confidentiality an opportunity to support the claim.

The agreed protective order received by the Court will remain lodged in the file, but will not be entered. The parties may resubmit a proposed order if they remedy the deficiencies identified in this letter.

Sincerely,

Robert S. Lasnik
United States District Judge