UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT SINGLETON,

        Plaintiff,

v.

INTELLISIST, INC., d/b/a Spoken Communications,

        Defendants.

Case No. C17-1712RSL

ORDER GRANTING MOTIONS TO SEAL

This matter comes before the Court on the parties' motions to seal documents submitted in connection with defendant's request for a protective order and return of corporate property. Dkt. # 49, # 56, and # 67. Defendant's confidential business information regarding research and development of new products justifies limitations on the public's right to inspect and copy documents in the Court's file. The motions are therefore GRANTED and Dkt. # 53, # 57, # 58,[1] and # 69 shall remain under seal. The documents filed at Dkt. # 50 and # 51 are the redacted versions of the motion and supporting declaration, however: the Clerk of Court is directed to unseal those two documents.

Dated this 19th day of September, 2018.

                                                          Robert S. Lasnik
                                                          United States District Judge

---

[1] Counsel is advised that, in future, a separate motion to seal will be required to justify sealing a reply memorandum/declaration.

ORDER DENYING MOTION TO SEAL