# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KURT SINGLETON,

        Plaintiff,

v.

INTELLISIST, INC., d/b/a Spoken Communications,

        Defendants.

Case No. C17-1712RSL

ORDER STRIKING CASE MANAGEMENT DEADLINES

This matter comes before the Court on the "Stipulated Motion by the Parties to Extend Case Deadlines Pending Resolution of Outstanding Privilege Issue and to Permit Mediation." Dkt. # 82. The parties have scheduled a mediation for November 13, 2018, and request that the Court strike the existing case management order and not set new deadlines until they have had a chance to explore alternative means of resolving this matter. The motion is GRANTED. The remaining case management deadlines (Dkt. # 28) are hereby STRICKEN. The parties shall file a joint status report regarding the outcome of the mediation on or before November 16, 2018. The Court will refrain from ruling on the pending motions in the interim.

Dated this 9th day of October, 2018.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge