UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT SINGLETON, | Case No. 2:17-cv-1712 RSL |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| INTELLISIST, INC., | |
| Defendant. | |

This matter coming on to be heard upon Plaintiff's Unopposed Motion to Modify this Court's Order of November 6, 2018, and it being unopposed by Defendant and for good cause shown, it is hereby ordered that the Court's December 15, 2018, Order is modified to require the parties to mediate on or before January 10, 2019, and to file a joint status order regarding the outcome of the mediation on or before January 18, 2019. The Court will refrain from ruling on the pending motions in the interim.

Dated this 18th day of December, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

[PROPOSED] ORDER

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086   FAX 206.233.9165