UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT SINGLETON, <br><br> Plaintiff, <br> v. <br><br> INTELLISIST, INC., d/b/a Spoken Communications, <br><br> Defendants. | Case No. C17-1712RSL <br><br> ORDER REGARDING REPRESENTATION OF PLAINTIFF |

The case management deadlines in the above-captioned matter were stricken to allow the parties to explore alternative means of resolving the case. A joint status report regarding the outcome of the mediation was to be filed on or before January 18, 2019. When it was not, a review of the docket showed that plaintiff is listed as pro se with no contact information. It appears that attorney Judith Lonnquist filed a "Consent Order Granting Substitution of Attorney" on November 2, 2018. Dkt. # 84. The document purports to substitute Ms. Lonnquist for attorney Linda Larson, but it was not noted on the Court's calendar for consideration and was not signed by the withdrawing attorney. Four days later, all of the attorneys who had been representing Mr. Singleton, including Ms. Larson, filed a notice of withdrawal. Dkt. # 87. The document acknowledged that Ms. Lonnquist had not yet been permitted to participate in the case, but nevertheless effected an automatic withdrawal without providing contact information for the client.

1     The Clerk of Court is directed to reactivate Linda Larson, David Bridgers, Tera Rica Murdock, and Taylor Askew as counsel for Mr. Singleton. Unless and until a motion or stipulation that satisfies LCR 83.2(b)(1) is filed and granted, they remain counsel of record. The Clerk is directed to email a copy of this Order to Ms. Lonnquist at LOJAL@aol.com.

    Dated this 25th day of January, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REGARDING
REPRESENTATION OF PLAINTIFF      -2-