HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KURT SINGLETON,<br><br>Plaintiff,<br><br>vs.<br><br>INTELLISIST, INC. D/B/A SPOKEN COMMUNICATIONS, a Washington Corporation,<br><br>Defendant. | Civil Action No. 2:17-cv-01712 RSL<br><br>STIPULATED MOTION FOR ORDER OF DISMISSAL OF ALL CLAIMS<br><br>NOTE ON CALENDAR: February 14, 2019 |

**STIPULATED MOTION**

COMES NOW the parties hereto, Plaintiff Kurt Singleton, by and through his attorney of record, and Defendant Intellisist, Inc. d/b/a Spoken Communications, by and through its attorneys of record, and, pursuant to FRCP 41, hereby stipulate that all of Plaintiff's claims against Defendant Intellisist, Inc. d/b/a Spoken Communications in this action shall be dismissed with prejudice and without costs.

DATED this 14th day of February, 2019.

STIPULATED MOTION FOR
ORDER OF DISMISSAL OF ALL CLAIMS
- 1
USDC WD WA CAUSE NO. 2:17-cv-01712 RSL
4848-0593-2168.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

DATED: February 14, 2019                LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____*s/Benjamin J. Stone*_____
Benjamin J. Stone, WSBA #33436
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020
Benjamin.Stone@lewisbrisbois.com
Attorney for Defendant
Intellisist, Inc. d/b/a Spoken Communications

DATED: February 14, 2019                LAW OFFICES OF JUDITH A. LONNQUIST

By: _____*s/Judith A. Lonnquist*_____
Judith A. Lonnquist, WSBA #6421
1218 Third Avenue, Suite 1500
Seattle, WA 98101
(206) 622-2086
lojal@aol.com
Attorney for Plaintiff Kurt Singleton

STIPULATED MOTION FOR
ORDER OF DISMISSAL OF ALL CLAIMS
- 2
USDC WD WA CAUSE NO. 2:17-cv-01712 RSL
4848-0593-2168.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

**ORDER**

Based on the stipulation of the parties,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Intellisist, Inc. d/b/a Spoken Communications are dismissed with prejudice and without costs to any party.

DATED this 5th day of ~~February~~ march, 2019.

/s/ Robert S. Lasnik

Judge Robert S. Lasnik

Presented by:

DATED: February 14, 2019    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____s/Benjamin J. Stone_____
Benjamin J. Stone, WSBA #33436
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020
Benjamin.Stone@lewisbrisbois.com
Attorney for Defendant
Intellisist, Inc. d/b/a Spoken Communications

DATED: February 14, 2019    LAW OFFICES OF JUDITH A. LONNQUIST

By: _____s/Judith A. Lonnquist_____
Judith A. Lonnquist, WSBA #6421
1218 Third Avenue, Suite 1500
Seattle, WA 98101
(206) 622-2086
lojal@aol.com
Attorney for Plaintiff Kurt Singleton

STIPULATED MOTION FOR
ORDER OF DISMISSAL OF ALL CLAIMS
- 3
USDC WD WA CAUSE NO. 2:17-cv-01712 RSL
4848-0593-2168.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020